**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Lynn Oberg, | ) | |
| | ) | **AMENDED ORDER GRANTING** |
| Plaintiff, | ) | **MOTION FOR CONTINUANCE OF** |
| | ) | **EARLY SETTLEMENT CONFERENCE** |
| vs. | ) | |
| | ) | |
| Archer-Daniels-Midland Company, a | ) | |
| Foreign Corporation d/b/a | ) | |
| ADM - Benson Quinn, | ) | |
| | ) | Case No. A1-05-053 |
| Defendant. | ) | |

___

On June 13, 2006, the defendant filed a Motion for Continuance of Early Settlement Conference scheduled for June 22, 2006. The court **GRANTS** the defendant's motion (Docket No. 17). The early settlement conference shall be rescheduled for September 21, 2006, at 9:00 a.m. in Bismarck, North Dakota (courtroom #2).

**IT IS SO ORDERED.**

Dated this 19th day of June, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge